JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
RYAN C. CHAPMAN (Cal. Bar No. 318595)
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2471 / 0609
    Facsimile: (213) 894-7819
    E-mail: ryan.chapman@usdoj.gov
           sarah.quist@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRETT COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 19-10611 DSF (RAOx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE 68(a)**<br><br>Honorable Dale S. Fischer |

1

1    On August 13, 2021, Defendant United States of America served an offer for entry
2 of judgment under Federal Rule of Civil Procedure 68. On August 17, 2021, Plaintiff
3 accepted the offer.
4    Therefore, IT IS HEREBY ORDERED that judgment shall be entered in favor of
5 Plaintiff Barrett Collins for the total sum of $200,000.00, which sum includes all accrued
6 costs, attorney's fees, and liens incurred in this action. Pursuant to the offer of judgment,
7 this amount is in total satisfaction of this action with no admission of liability.

Dated: August 17, 2021

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE